

B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

    **Stephen Sean Murphy**                  **Case No: 1:10-bk-01192**
    **Debtor.**

**ORDER GRANTING INTERNAL REVENUE SERVICE AND DEBTOR STEPHEN SEAN MURPHY'S MOTION TO EXTEND DEADLINE TO FILE BRIEFS AND PERMITTING THE PARTIES TO MEDIATE THE MATTER A SECOND TIME**

ON THIS DATE the Court considered the "Internal Revenue Service and Debtor Stephen Sean Murphy's Joint Motion to Extend Deadline to File Briefs Until April 5, 2021, and to Permit Parties to Participate in Second Mediation with Federal Magistrate Judge Aboulhosn." The Court finds that the Internal Revenue Service and Debtor Stephen Sean Murphy's request to extend the deadline to file briefs, assuming the matter does not resolve at the second mediation, is reasonable.

Accordingly**, IT IS THEREFORE ORDERED** as follows:

The Motion is **GRANTED** extending the deadline for the Internal Revenue Service and Debtor Stephen Sean Murphy to file briefs from February 1, 2021 to April 5, 2021, and to allow the parties to mediate the matter with Judge Aboulhosn on February 25, 2021 at the Robert C. Byrd Courthouse in Charleston, West Virginia. The parties are permitted to participate via technology at the mediation due to the coronavirus, but are encouraged to participate in person if possible.

Submitted by:

**/s/ Christopher R. Arthur**
Assistant United States Attorney
WV State Bar No. 9192
P.O. Box 1713, Charleston, WV 25326
T: 304-345-2200 F: 304-347-5440
E: chris.arthur@usdoj.gov

*Counsel for the Internal Revenue Service*

Agreed to:

**s/ Paul J. Harris**
PAUL J. HARRIS
32 15TH St.
Wheeling, WV 26005
Phone: 304-232-5300
E-mail: harrislawofficeswhg@gmail.com

*Counsel for Debtor Stephen Sean Murphy*

United States Bankruptcy Court
Northern District of West Virginia

In re:  Case No. 10-01192-bmm
Stephen Sean Murphy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0424-1      User: ad      Page 1 of 2
Date Rcvd: Jan 25, 2021      Form ID: pdfdoc      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol  Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Sean Murphy, PO Box 2528, Fairmont, WV 26555-2528 |
| aty | | Gary Lee Call, Office of the United States Attorney, P.O. Box 1713, Charleston, WV 25326-1713 |
| aty | + | Helen C. Altmeyer, Office of the United States Attorney, Post Offixce Box 591, Wheeling, WV 26003-0011 |
| aty | | Michael V. Marlow, West Virginia State Tax, Post Office Box 766, Charleston, WV 25323-0766 |
| aty | + | Rita R. Valdrini, U.S. DOJ - U.S. Attorney's Office, 1125 Chapline Street, Suite 3000, Post Office Box 591 Wheeling, WV 26003-0011 |
| intp | + | Douglas Mooney, Special Commissioner, 180 Chancery Row, Morgantown, WV 26505-5406 |
| intp | + | Heather Kropac, Office of USMJ Omar J. Aboulhosn, 1013 Elizabeth Kee Federal Building, 601 Federal Street, Bluefield, WV 24701-3066 |
| acc | + | Joseph Pitrolo, Pitrolo & Associates, 309 Cleveland Avenue, Fairmont, WV 26554-1605 |
| intp | + | Kirsten B. Nelson, 1371 Eastern Avenue, Morgantown, WV 26505-2341 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

**Name**       **Email Address**

Allan N. Karlin
     on behalf of Creditor Connie Olivito ankcubs@aol.com

Christopher R. Arthur
     on behalf of Creditor Internal Revenue Service chris.arthur@usdoj.gov

District/off: 0424-1 Date Rcvd: Jan 25, 2021　　　　　Form ID: pdfdoc　　　　　Total Noticed: 9

| | |
|---|---|
| Debra A. Wertman | on behalf of U.S. Trustee United States Trustee debra.a.wertman@usdoj.gov |
| Eric Michael Wilson | on behalf of Creditor West Virginia State Tax Department eric.m.wilson@wv.gov lora.l.rutledge@wv.gov |
| Helen M. Morris | on behalf of Trustee Helen M. Morris ch13info@wvtrustee.org |
| Helen M. Morris | ch13info@wvtrustee.org |
| J. Douglas Crane | on behalf of Debtor Stephen Sean Murphy lynnecrane@cranewvlaw.com |
| Jane E. Peak | on behalf of Creditor Connie Olivito jep@wvjustice.com |
| John F. Wiley | on behalf of Interested Party Douglas Mooney JohnFWiley@aol.com hungg6@gmail.com |
| Leslie Gallian | leslie_gallian@wvsb.uscourts.gov |
| Meagan Preece | on behalf of Trustee Helen M. Morris mapreece@wvtrustee.org |
| Paul J. Harris | on behalf of Debtor Stephen Sean Murphy pjh7294@gmail.com jlwchapman@gmail.com;harrislawofficeswhg@gmail.com |
| Rachel Lee Fetty | on behalf of Interested Party Kirsten B. Nelson ralfetty@yahoo.com |
| Stephanie Sasarak | on behalf of Creditor Internal Revenue Service Stephanie.A.Sasarak@usdoj.gov eastern.taxcivil@usdoj.gov |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 15